# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KERVINS BONHUER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1881

[November 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case Nos. 15-005400CF10A and 15-005545CF10A.

Kervins Bonhuer, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***